UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In The Matter of )
 )  Civil Action No.
Richard Sharif ) 22 C 1950
 )

## EXECUTIVE COMMITTEE ORDER

Richard Sharif is a restricted filer in this Court (*see* 22 cv 1950, #1 entered on April 20, 2022). On September 6, 2022, Mr. Sharif filed a notice of appeal regarding 22-MP-90001 in the United States Bankruptcy Court for the Northern District of Illinois [document 24]. On September 28, 2022, the Executive Committee learned of this (though not from Mr. Sharif) and informed Mr. Sharif that the notice of appeal would be taken under advisement and that the Executive Committee would issue an order regarding this submission.

After reviewing the material, the Executive Committee hereby orders that Mr. Sharif is given leave to file the notice of appeal.

IT IS FURTHER ORDERED That the Clerk shall cause a new case to be opened and randomly assigned. This order shall be document number 1 in 22 cv 6415. The notice of appeal shall be filed with the original submission date of September 6, 2022 as document number 2.

Mr. Sharif is warned that continued violations of the Executive Committee's April 20, 2022 order may lead to further sanctions including monetary sanctions, additional filing restrictions or a contempt of court finding. Mr. Sharif must follow the directives in the April 20, 2022 order, including first obtaining leave to file any new civil action or proceeding in the United States District Court for the Northern District of Illinois. Should Mr. Sharif need to file an appeal from a matter in the Bankruptcy Court for the Northern District of Illinois, he must simultaneously submit the notice of appeal and documents to the Executive Committee pursuant to the instructions listed in the April 20, 2022 order.

IT IS FURTHER ORDERED That the Clerk shall cause a copy of this order to be emailed and mailed to Richard Sharif, 2004 North Pulaski Road Chicago, IL 60639 as the address provided in his filings with this Court. Such mailing shall be by certified or registered mail, return receipt requested.

**ENTER:**

**FOR THE EXECUTIVE COMMITTEE**

_____
Hon. Rebecca R. Pallmeyer, Chief Judge

Dated at Chicago, Illinois this 16th day of November, 2022.